Liger v. New Orleans Hornets NBA Limited Partnership                                                    Doc. 1 Att

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

EUGENE LIGER, ET. AL.,                     §
    Plaintiffs in a Collection Action      §
                                           §
                                           §
v.                                         §     **SA07MC0515FB**
                                           §
NEW ORLEANS HORNETS NBA                     §     SUBPOENA IN A CIVIL CASE
LIMITED PARTNERSHIP                         §     PENDING IN THE EASTERN DISTRICT
                                           §     OF LOUISIANA,
                      Defendant.            §     CIVIL ACTION NO. 05-1969 C-5
                                           §
                                           §

### ORDER GRANTING NON-PARTY SAN ANTONIO SPURS' MOTION FOR PROTECTIVE ORDER PURSUANT TO FED. R. CIV. P. 26 AND MOTION TO QUASH SUBPOENA PURSUANT TO FED. R. CIV. P. 45

On this day came before this Court Non-party Spurs' Motion for Protective Order Pursuant to Fed. R. Civ. P. 26 and Motion to Quash Subpoena Pursuant to Fed. R. Civ. P. 45. The Court, having considered said Motions, and the other papers on file herein, is of the opinion and finds that Non-party Spurs' Motions are meritorious and should be granted. It is, therefore,

ORDERED, ADJUDGED and DECREED that Non-party Spurs' Motion for Protective Order Pursuant to Fed. R. Civ. P. 26 and Motion to Quash Subpoenas Pursuant to Fed. R. Civ. P. 45 are hereby GRANTED. It is further ORDERED that the subpoena for the production of documents, set for June 15, 2007, is hereby quashed.

SIGNED this _____ day of _____, 2007.

_____
United States District Judge

Dockets.Justia.cc