IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **EUGENE LIGER, ET AL.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. SA-07-MC-0515-FB |
| § | |
| **NEW ORLEANS HORNETS NBA** § | |
| **LIMITED PARTNERSHIP,** § | |
| § | |
| Defendant. § | |

### ADVISORY CONCERNING MAGISTRATE JUDGE ASSIGNMENT AND ORDER REFERRING CASE TO UNITED STATES MAGISTRATE JUDGE PAMELA A. MATHY FOR DISPOSITION OF OF NON-PARTY SAN ANTONIO SPURS' OBJECTIONS, MOTION FOR PROTECTIVE ORDER & MOTION TO QUASH SUBPOENA

At the request of the Bar, the San Antonio District Judges have implemented a procedure whereby a Magistrate Judge is assigned to each civil case at the time it is filed. The assignments are made randomly and are evenly divided among the three San Antonio Magistrate Judges. If a pretrial matter is referred by the District Judge, it will be handled by the Magistrate Judge to whom the case was assigned. Similarly, if the parties consent to Magistrate Judge jurisdiction, the case will be placed on the docket of the assigned Magistrate Judge for all future proceedings, including entry of judgment. The Magistrate Judge assigned to this case is the Honorable Pamela A. Mathy.

The Court has considered the status of the above-styled and numbered cause. In accordance with the authority vested in the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b) and the Local Rules For Assignment Of Duties To United States Magistrate Judges, the instant action is hereby REFERRED to United States Magistrate Judge Pamela A. Mathy for

disposition of all matters relating to non-party San Antonio Spurs' objections, motion for protective order, and motion to quash subpoena and any responses and replies thereto.

Appeals from the Magistrate Judge's orders and objections to the Magistrate Judge's recommendations shall be made in compliance with 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72, and Rule 4 of Appendix C to the Local Court Rules of the United States District Court for the Western District of Texas. Such objections and appeals shall be limited to issues first raised before the Magistrate Judge; failure to bring any defect in any order or recommendation to the attention of the Magistrate Judge prior to raising the issue before this Court shall be deemed a waiver of issue.

It is so ORDERED.

SIGNED this 19th day of June, 2007.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE