IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUN 2 6 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| EUGENE LIGER, ET AL.,<br>Plaintiffs in a Collection Action | § § § § |
| v. | § NO. SA-07-MC-0515-FB-PMA § § |
| NEW ORLEANS HORNETS NBA<br>LIMITED PARTNERSHIP<br>Defendant. | § SUBPOENA IN A CIVIL CASE<br>§ PENDING IN THE EASTERN DISTRICT<br>§ OF LOUISIANA,<br>§ CIVIL ACTION NO. 05-1969 C-5<br>§ § |

**ORDER GRANTING NON-PARTY SAN ANTONIO SPURS'
MOTION TO WITHDRAW ITS MOTION FOR
PROTECTIVE ORDER PURSUANT TO FED. R. CIV. P. 26, AND
MOTION TO QUASH SUBPOENA PURSUANT TO FED. R. CIV. P. 45**

On this day came before this Court Non-party Spurs' Motion to Withdraw Its Motion for Protective Order Pursuant to Fed. R. Civ. P. 26, and Motion to Quash Subpoena Pursuant to Fed. R. Civ. P. 45. The Court, having considered said Motions, and the other papers on file herein, is of the opinion and finds that Non-party Spurs' Motions are meritorious and should be granted. It is, therefore,

ORDERED, ADJUDGED and DECREED that Non-party Spurs' Motion for Protective Order Pursuant to Fed. R. Civ. P. 26 and Motion to Quash Subpoenas Pursuant to Fed. R. Civ. P. 45 is hereby WITHDRAWN.

SIGNED this 26 day of June, 2007.

_____
United States ~~District~~ Judge

SANANTONIO\777179.1